PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JAN 0 6 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC JOHN SWENSEN *aka Eric Swenson*, <br><br> Defendant. | CR 22-01-H-BMM <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF FIREARM AND AMMUNITION** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) <br><br> **FORFEITURE** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about October 12, 2021, at Deer Lodge and in Powell County, in the State and District of Montana, the defendant, ERIC JOHN SWENSEN *aka Eric Swenson*, knowing he had been convicted on or about January 16, 2008, of a crime punishable by imprisonment for a term exceeding one year under the laws of the

1

State of Montana, knowingly possessed, in and affecting interstate or foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, ERIC JOHN SWENSEN *aka Eric Swenson*, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____ For
LEIF M. JOHNSON
United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney