# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-01-H-BMM |
| Plaintiff, |  |
| v. | ORDER |
| ERIC JOHN SWENSEN, |  |
| Defendant. |  |

Upon Defendant Eric John Swensen's motion for Mrs. Chrissy Swensen to appear telephonically to make a statement on his behalf at his sentencing, and the government having no objection, IT IS ORDERED that Mrs. Swensen may appear telephonically. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 22nd day of June, 2022.

Brian Morris, Chief District Judge
United States District Court